**UNITED STATES BANKRUPTCY COURT**
**For The District of Colorado**

| | |
|---|---|
| In re: ) | Case No. **17-20378 MER** |
| Dena Rae White ) | Chapter 13 |
| SSN xxx-xx-8971 ) | |
| Debtor ) | |

**CHAPTER 13 LONG FORM FEE APPLICATION**

**SUMMARY**

Pursuant to 11 U.S.C. § 330, Applicant, Weselis & Suchoparek, LLC, attorney for the debtor, requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred up to the date of confirmation as follows:

1. TOTAL FEES REQUESTED in this application        $5,022.00

2. TOTAL EXPENSES REQUESTED in this application    + $432.65

            (Total Fees and Expenses Requested) = $5,454.65

3. AMOUNT PAID TO DATE (exclusive of the filing fee)   – $800.00

4. **NET** AMOUNT OF FEES AND EXPENSES TO BE PAID
THROUGH CONFIRMED PLAN NOT TO EXCEED AMOUNT
FUNDED BY THE PLAN
                                                                                = **$4,654.65**

**DETAIL IN SUPPORT OF FEE REQUEST**

**1. FEES**

Amount of fee Applicant agreed to with debtor for performing services to represent the debtor in this case:     (amount disclosed in 2016(b) disclosure)....................$5,850.00
            (amount disclosed in amended 2016(b) disclosure)………......$_____

    A. This agreed upon fee represents (check applicable boxes):
        [ ] a flat fee for all basic services in the case
        [ X] hourly charges based upon time spent.
        [ ] other fee arrangement based upon_____.

B. Applicant's rate for attorney services is $300.00/ hour; the rate for associate attorney services is $250.00/ hour; and the rate for paralegal services is $95.00/ hour.

## 2. EXPENSES

See Attached Itemization

## APPLICANT'S CERTIFICATIONS
## IN SUPPORT OF LONG FORM FEE APPLICATION

**APPLICANT CERTIFIES/ATTESTS THAT:**

Check applicable boxes:

1. [__] I have not performed the following "Basic Services" referenced in L.B.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time:

_____
_____
_____

2. [X] I am requesting a fee for services which exceeds the presumptively reasonable fee amount referenced in L.B.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time.

3. Attached to this Application are:

(a) A narrative describing the services rendered in the case and the reasons why the applicant seeks a fee in excess of the presumptively reasonable fee amount, such as results achieved, difficulties encountered or any other unique aspects of the case and discussing the standards of 11 U.S.C. § 330(a);

(b) Detailed time records describing all individual services which include:
(i) the time spent for each service rendered, broken out in tenths of an hour;
(ii) the hourly rate for each service rendered by the Applicant (and/or the hourly rate for Applicant's associates or paralegals);
(iii) the charge for each service rendered; and
(iv) such other and further information as the Applicant believes is necessary to support allowance of the fee pursuant to 11 U.S.C. § 330(a).

Dated: **March 19, 2018**

**/s/ Michael V. Suchoparek**
Michael V. Suchoparek, Reg. No. 37055
517 E. 16th Ave.
Denver, CO 80203
Tel: (303) 296-3230
Fax: (303) 382-4666
Email: M.Suchoparek@wesucho.com